IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNIE STEWART,<br><br>          Plaintiff,<br><br>vs.<br><br>POPEYE'S CHICKEN,<br>EON PROPERTIES, LLC,<br>NIKHIL MEHTA, and<br>JOHN DOE 1 and 2 inclusive,<br><br>          Defendants. | 8:16CV484<br><br>ORDER |

This matter is before the court plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). The plaintiff attached an affidavit regarding her financial status to the form application. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 26th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge