## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNIE STEWART, Individually;<br><br>          Plaintiff,<br><br>   vs.<br><br>POPEYE'S CHICKEN, EON PROPERTIES, LLC, NIKHIL MEHTA, AND JOHN DOE 1 AND 2 INCLUSIVE,<br><br>          Defendants. | 8:16CV484<br><br>JUDGMENT |

For the reasons stated in the Court's Memorandum and Order of this date,

1. The Defendants' Motion to Dismiss, EDF No. 12, is granted;

2. The above-captioned action is dismissed, with prejudice; and

3. The parties will bear their own costs and attorney fees.

Dated this 13th day of January, 2017.

                                                                BY THE COURT:

                                                                s/Laurie Smith Camp<br>                                                                Chief United States District Judge